# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

           Plaintiff,

vs.

ALFONSO COVARRUBIAS-VARELA,

           Defendant.

CASE NO. 10CR4947-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8:1326(a) and (b)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 16, 2012

William V. Gallo
U.S. Magistrate Judge